# United States District Court
# For The Western District of North Carolina
# Statesville Division

RUSSELL GARNET TURNER,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:03CV78-2-V

UNITED STATES OF AMERICA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 21, 2006, Order.

                                                              FRANK G. JOHNS, CLERK

August 22, 2006

                                              BY:   s/ Carolyn Bouchard
                                                                   Carolyn Bouchard, Deputy Clerk